```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                     DIVISION OF ST. THOMAS AND ST. JOHN
```

CHRIS CARTY,                            )
                                        )
       Plaintiff,                 )
                                        )
    v.                            )   Civil No. 2015-68
                                        )
RICK MULLGRAV, in his capacity          )
as the Director of Prisons, and         )
GILBERT DAVID, in his capacity          )
as Prison Warden,                       )
                                        )
       Defendants.                )

**APPEARANCES:**

**Chris Carty**
Tutwiler, Mississippi
    *Pro se.*

## JUDGMENT

**GÓMEZ, J.**

Before the Court is the August 28, 2018, Report and Recommendation of the Magistrate Judge.

For the reasons outlined in the Memorandum Opinion of even date, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED**; it is further

**ORDERED** that Carty's complaint docketed at ECF Number 1 is **DISMISSED**; it is further

**ORDERED** that the motion to proceed *in forma pauperis* docketed at ECF Number 2 is **MOOT**; it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

S\_____
**Curtis V. Gomez**
**District Judge**